**Order entered October 14, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01009-CV

## TED STAUFFER, Appellant

## V.

## JANE T. NICHOLSON, Appellee

**On Appeal from the Probate Court No. 1**
**Collin County, Texas**
**Trial Court Cause No. PB1-0842-2012**

## ORDER

On August 30, 2013, we ordered the court reporter to file, within fifteen days of the date of the order, a detailed log and index of the electronic audio recording she filed as the reporter's record in this case. To date, the reporter has not filed the record or otherwise communicated with the Court. Accordingly, we **ORDER** court reporter Lucretia Varch to file the log and index within ten (10) days of the date of this order. No extension will be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to Ms. Varch and the Honorable Weldon Copeland, Presiding Judge of Collin County, Texas Probate Court No. 1.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE